IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FREDDY LYNCH, JR., #169911, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) CASE NO. 2:26-cv-00018-BL ) |
| KAYLA ALBRITTON and STATE OF ALABAMA, | ) ) ) |
| Respondents. | ) ) |

## **ORDER**

On January 23, 2026, the Magistrate Judge entered a Report and Recommendation which recommends this action be transferred to the United States District Court for the Northern District of Alabama. (*See* Doc. 2). On February 3, 2026, the Petitioner in the above-styled case filed a motion of agreement to the Magistrate Judge's recommendation to transfer this action to the United States District Court for the Northern District of Alabama. (*See* Doc. 3).

After careful review of the file and upon consideration of the Recommendation of the Magistrate Judge, the court **ADOPTS** the Report and Recommendation of the Magistrate Judge. Accordingly, it is hereby

**ORDERED** that this case is **TRANSFERRED** to the United States District Court for the Northern District of Alabama.

The Clerk of Court is **DIRECTED** to effectuate the transfer.

**DONE** and **ORDERED** on this the 4th day of February, 2026.

_____
BILL LEWIS
UNITED STATES DISTRICT JUDGE